AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Richard Metsker,
Wilma Metsker

V.

United States

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 1:05CV02457

JUDGE: Royce C. Lamberth

DECK TYPE: Pro se General Civil

DATE STAMP: 12/23/2005

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard Metsker,
Wilma Metsker
13369 Ellipse Lane,
Carthage, Missouri 64836

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    DEC 23 2005

CLERK                                         DATE

_(signature)_
(By) DEPUTY CLERK

RECEIVED

FEB 28 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 02-21-2006 |
| NAME OF SERVER (PRINT) Richard Metsker | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): USPS # Cert. 7005 2570 0002 2780 1000

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 $5.36 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Feb. 21, 2006             Richard Metsker
                  Date                      Signature of Server

                                   13369 Ellipse Lane Carthage, Missouri 64836
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): _[signature]_   C. Date of Delivery: JAN 17 2006 |
| 1. Article Addressed to:<br><br>Alberto Gonzales<br>U.S. Attorney General<br>950 Pennsylvania Ave.,<br>Washington, Dist. of Columbia<br>20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☑ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 2570 0002 2780 1000 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540