# United States District Court
IN THE DISTRICT OF COLUMBIA

Richard Metsker,
Wilma Metsker                    Case No. 1:05-cv-02457 RCL
13369 Ellipse Lane,
Carthage, Missouri 64836
417-358-4572

          Plaintiff(s),

v.

United States
          Defendant.

### REQUEST FOR ENTRY OF DEFAULT

We, Richard Metsker and Wilma Metsker, pursuant to Federal Rule of Civil Procedure 55(a), hereby request the Clerk enter the default of defendant in the above-captioned action. The Rule states:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

This request is supported by the following:

1. This case was filed to the Court on December 23, 2005.

2. Summons and Complaint were served upon counsel for the defendant by United States Postal Service, Registered Mail on January 17, 2006.

3. The time for the defendant to answer or otherwise defend expired on March 20, 2006.

4. Defendant has failed to answer or otherwise defend.

5. Defendant is in default.

RECEIVED
MAR 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Metsker v. United States.        page 1 of 2 pages        Request for Entry of Default

Dated: *March 27*, 2006

*Richard Metsker*
Richard Metsker

*Wilma Metsker*
Wilma Metsker