Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RICHARD METSKER, et al.

    Plaintiff(s)

v.

Civil Action No. 05cv2457 (RCL)

UNITED STATES

    Defendant(s)

RE: UNITED STATES

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on January 17, 2006, and an affidavit on behalf of the plaintiff having been filed, it is this 3rd day of April, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____

Deputy Clerk