IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD METSKER & WILMA METSKER,   ) ) ) Plaintiffs,    ) ) v.    ) ) UNITED STATES,   ) ) Defendant.   ) | No: 1:05-cv-02457 (RCL) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: April 5, 2006.

      Respectfully submitted,

      /s/ Jennifer L. Vozne
      JENNIFER L. VOZNE
      Trial Attorney, Tax Division
      U.S. Department of Justice
      P.O. Box 227
      Ben Franklin Station
      Washington, DC 20044
      Phone/Fax: (202) 307-6555/514-6866
      Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1628553.1

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on April 5, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>RICHARD METSKER
>WILMA METSKER
>*Plaintiffs pro se*
>13369 Ellipse Lane
>Carthage, Missouri 64836.

>      /s/ Jennifer L. Vozne
>     JENNIFER L. VOZNE

1628553.1