# United States District Court
IN THE DISTRICT OF COLUMBIA

Richard Metsker,
Wilma Metsker,

                        Case No. 1:05-cv-02457-RCL

    Plaintiff(s),

v.

United States
    Defendant.

## MOTION FOR ENLARGEMENT OF TIME

Plaintiffs moves the Court for an enlargement of time to respond to the courts order to file a response to motion to dismiss "within ten days". Plaintiffs are untrained in law and do not have access to paralegals, secretaries and/or legal researchers. The response to defendants motion requires extensive research and writing.

Dated: _april 13_____, 2006

_Richard Metsker_
Richard Metsker
13369 Ellipse Lane
Carthage

_Wilma Metsker_
Wilma Metsker
13369 Ellipse Lane
Carthage

**RECEIVED**

APR 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Richard Metsker v. United States.   page 1 of 2 pages   Motion to file out of time

## CERTIFICATE OF SERVICE

    I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

    Dated _April 13_, 2006

_Richard Metsker_
Richard Metsker