UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD METSKER,** *et al.*, | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | )   Civil Action No. 05-2457 (RCL) ) |
| **UNITED STATES,** | ) ) |
| **Defendant.** | ) ) |

## ORDER

Upon consideration of plaintiffs' motion [9] for enlargement of time and the entire record herein, it is hereby

ORDERED that plaintiffs' motion [9] is GRANTED.  Plaintiffs shall respond to defendant's motion to dismiss within thirty (30) days from this date.  Plaintiffs are also advised that any requests for further extension must be for a date certain.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 21, 2006.