UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD METSKER & <br> WILMA METSKER, <br>     Plaintiffs, <br>     v. <br> UNITED STATES, <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    No: 1:05-cv-02457 (RCL) <br> ) <br> ) <br> ) <br> ) |

### ENTRY OF APPEARANCE

    Please enter the appearance of Charles H. Keen in substitution for Jennifer L. Vozne in the above-referenced case.

    DATE: February 26, 2007

                                  Respectfully submitted,

                                  /s/ Charles H. Keen
                                  CHARLES H. KEEN
                                  Trial Attorney, Tax Division
                                  U.S. Department of Justice
                                  Post Office Box 227
                                  Washington, DC  20044
                                  Phone/Fax:  (202) 307-6536/514-6866
                                  Email: Charles.H.Keen@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF APPEARANCE was caused to be served upon plaintiffs *pro se* on February 26 2007 by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

>RICHARD METSKER
>WILMA METSKER
>*Plaintiffs Pro Se*
>13369 Ellipse Lane
>Carthage, Missouri 64836

>/s/ Charles H. Keen
>CHARLES H. KEEN

2154578.1