IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD METSKER & <br> WILMA METSKER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No: 1:05-cv-02457 (RCL) <br> ) <br> ) <br> ) <br> ) |

### ORDER

Having considered plaintiffs' cross-motion [13] for summary judgment, the United States' motion [7] to dismiss the complaint, and all oppositions and replies thereto, the Court concludes that the United States' motion to dismiss motion ought to be granted for the reasons set forth in the reply of the United States, and plaintiffs' cross-motion for summary judgment ought to be denied. Accordingly, it is this 26th day of March, 2007, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiffs' cross-motion for summary judgment be and is DENIED;

ORDERED that plaintiffs' complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1830085.1

COPIES TO:

JENNIFER L. VOZNE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Email: Jennifer.L.Vozne@usdoj.gov

RICHARD METSKER
WILMA METSKER
*Plaintiffs Pro Se*
13369 Ellipse Lane
Carthage, Missouri 64836

1830085.1