UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RICHARD METSKER,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES,** ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 05-2457 (RCL) |

## ORDER

Upon consideration of plaintiffs' motion [17] for relief from Order of Dismissal, the opposition thereto, and the entire record herein, it is hereby

ORDERED that plaintiffs' motion [17] is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 30, 2007.